UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

C & M INVESTORS LIMITED,
a Florida limited partnership,
    Plaintiff,

v.                                                                 Case No. 3:98-cv-1236-J-20B

PATRIOT AMERICAN HOSPITALITY
INC., et. al.,
    Defendants.

_____

## ORDER

Before the Court are several motions including Plaintiff's Motion as Directed by the State Court to Request Modification of Protective Order (Doc. No. 149, filed February 24, 2005), Plaintiff's Amended Motion as Directed By the State Court to Request Modification of Protective Order (Doc. No. 151, filed March 31, 2005) and a Motion by State-Court Defendants City of Jacksonville and Jacksonville Economic Development Commission to Intervene and for Extension of time to Respond to Plaintiff's Motion (Doc. No. 150, filed March 8, 2005). Plaintiff's Motions to Modify the Protective Order imposed by this Court (Doc. No. 149 and 151) are **DENIED**. As a result, there is nothing for Defendant City of Jacksonville and Jacksonville Economic Development Commission to intervene in or respond to and thus, the Motion to respond and intervene (Doc. No. 150) is **DENIED AS MOOT**.

**DONE AND ENTERED** at Jacksonville, Florida, this 22 day of July, 2005.

                                                      HARVEY E. SCHLESINGER
                                                      United States District Judge

Copies to:

Barbara Slott Pegg, Esq.
Charles P. Pillans, III, Esq.
Patrick P. Coll, Esq.

Lawrence J. Hamilton, II, Esq.
E. Lanny Russell, Esq.